MORGAN P. FORSEY, (SBN: 241207)
morgan.forsey@afslaw.com
BRETT D. YOUNG (SBN: 305657)
brett.young@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street
48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL SAMANIEGO,<br><br>           Plaintiff,<br><br>   v.<br><br>STARBUCKS CORP and DOES 1 through 10,<br><br>           Defendants. | Case No. 2:24-CV-02020-TLN-JDP<br><br>**JOINT STIPULATION TO SEND MATTER TO ARBITRATION; ORDER**<br><br>[State Court Complaint: June 24, 2024<br>San Joaquin County Superior Court Case No.: STK-CV-UWT-2024-0007433] |

1    This stipulation is entered into by and between Plaintiff Isabel Samaniego
2    ("Plaintiff") and Starbucks Corporation ("Starbucks"), by and through their
3    undersigned counsel of record. The parties hereby stipulation as follows:
4    WHEREAS, Plaintiff filed her Complaint in this matter in San Joaquin
5    County Superior Court on June 24, 2024, in the matter entitled *Isabel Samaniego v.*
6    *Starbucks Corp.*, San Joaquin County Superior Court Case No. STK-CV-UWT-
7    2024-0007433, asserting various employment-related claims;
8    WHEREAS, Starbucks filed its Answer on July 24, 2024, and thereafter
9    removed the case to this Court on July 25, 2024;
10   WHEREAS, Plaintiff signed an arbitration agreement with Starbucks on
11   August 10, 2024, that covers the claims at-issue in this litigation, and the parties
12   have met and conferred regarding the same;
13   WHEREAS, Defendant filed its petition to compel arbitration on September
14   30, 2024, and Plaintiff filed her opposition to the motion on October 14, 2024.
15   Thereafter, the parties engaged in additional meet and confer efforts related to the
16   arbitration agreement;
17   WHEREAS, the parties have now agreed to arbitrate this matter pursuant to,
18   and consistent with, Plaintiff's arbitration agreement;
19   WHEREAS, the parties request the hearing on Defendant's motion to compel
20   arbitration, currently set for hearing on November 14, 2024, be vacated in light of
21   the parties' stipulation; and
22   WHEREAS, the parties further agree the United States District Court for the
23   Eastern District of California shall retain jurisdiction of this matter, that the court
24   proceedings shall be stayed pending the completion of arbitration, and any party
25   may file a petition with this Court to enforce the arbitrator's decision.
26   THEREFORE, it is hereby stipulated and agree to by and between the
27   undersigned parties that:
28   1. The parties will arbitrate the claims pending in this action pursuant to,

ARENTFOX SCHIFF LLP

and consistent with, Plaintiff's arbitration agreement;

2. The hearing on Defendant's motion to compel arbitration is hereby vacated;

3. The action shall be stayed pending completion of the arbitration between the parties; and

4. The United States District Court for the Eastern District of California shall retain jurisdiction of this matter until the arbitration has been completed and a request for dismissal has been filed with the Court.

Dated: October 18, 2024              **ARENTFOX SCHIFF LLP**

By: */s/ Brett D. Young*
Morgan P. Forsey
Brett D. Young
Attorneys for Defendant
STARBUCKS CORPORATION

Dated: October 18, 2024              **BERRETH LAW GROUP**

By: */s/ Kevin J. Berreth*
Kevin J. Berreth
Attorneys for Plaintiff ISABEL SAMANIEGO

**IT IS SO ORDERED.**

Dated:  October 18, 2024

Troy L. Nunley
Chief United States District Judge